UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO.: 4:95-CR-50038-2FL

vs.        HON. PAUL V. GADOLA
        MAG. JUDGE WALLACE CAPEL, JR.

NATHANIEL JONES,

        Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on November 14, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on November 8, 2006.

The Defendant is charged with violation of Standard Condition Number 7 by testing positive for the use of cocaine on three separate occasions. Violation of Standard Condition Number 11 by failing to notify the Probation Officer that he had been arrested by the Michigan State Police; and violation of Standard Condition Number 2 for making a false monthly report by answering negatively to the questions of whether he had been arrested or named as a defendant in a criminal action, and whether he had been questioned by law enforcement officers.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on May 2, 2005.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by providing untruthful information to the Probation Officer, and engaging in a pattern of deceptive behavior to conceal information about his activities while under supervision. Additionally, it appears that the Defendant is currently under investigation

concerning possible additional criminal activity involving identity theft and production of counterfeit checks that may have occurred while under supervision .

Based upon the foregoing information, it appears that he has violated the terms of his supervised release and that he poses a danger to the community because of his continued criminal behavior.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: November 17, 2006**          s/ Wallace Capel, Jr.
                                      **WALLACE CAPEL, JR.**
                                      **United States Magistrate Judge**


**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following:  Mark C. Jones, AUSA, David A. Koelzer, Federal Defender Office , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants:  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                      s/ James P. Peltier
                                      James P. Peltier
                                      Courtroom Deputy Clerk
                                      U.S. District Court
                                      600 Church St.
                                      Flint, MI 48502
                                      810-341-7850
                                      pete_peltier@mied.uscourts.gov